### EDDIE KELLY v. STATE OF FLORIDA

16 So. (2nd) 344                                       January Term, 1944
January 25, 1944                                              Division A

*J. M. & H. P. Sapp,* and *Whit Newberry,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn* and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

PER CURIAM:

The record in this case having been duly considered and no reversible error appearing, the judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.